IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEZLIE BYRUM, et al.,

    Plaintiffs,                    No. MC S- 09-0110 MCE GGH

    v.

COMPASS VISION, INC., et al.,

    Defendants.

_____ /

JOANNE ELIZABETH CLEVELAND, et al.,

    Plaintiffs,                    No. MC S-09-0111 MCE EFB

    v.

COMPASS VISION, INC., et al.,

    Defendants.

_____ /

LORIE GARLICK,

    Plaintiff,                     No. MC S- 09-0112 FCD DAD

    v.

COMPASS VISION, INC., et al.,

    Defendants.

_____ /

1

| | | |
|---|---|---|
| 1 | DEBORAH JEAN SMITH, et al., | |
| 2 | Plaintiffs, | No. MC S-09-0113 LKK GGH |
| 3 | v. | |
| 4 | COMPASS VISION, INC., et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | MAGDA GONZALEZ, et al., | |
| 8 | Plaintiffs, | No. MC S-09-0114 JAM KJM |
| 9 | v. | |
| 10 | COMPASS VISION, INC., et al., | RELATED CASE ORDER |
| 11 | Defendants. | |
| 12 | _____/ | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed December 8, 2009. Examination of these actions reveals that assignment of the matters to the same magistrate judge is likely to effect a substantial saving of judicial effort. See Local Rule 123(a). The actions will therefore be assigned to the same district judge and magistrate judge.

Pursuant to the regular practice of this court, the cases will be assigned to the district judge and magistrate judge to whom the first filed action was assigned. Reassignment of the newer cases merely has the result that both actions are assigned to the same district judge and magistrate judge. No consolidation of the cases is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. The actions denominated as No. MC S-09-0111 MCE EFB, MC S 09-0112 FCD DAD, MC S 09-113 LKK GGH, and MC S 09 114 JAM KJM are reassigned and redesignated No. MC S-09-0111 MCE GGH, MC S-09-0112 MCE GGH, MC S-09–113 MCE GGH, MC S-09-0114 MCE GGH; and

1  2. The Clerk of the Court shall make appropriate adjustment in the assignment of
2  civil cases to compensate for these reassignments.
3  DATED: December 14, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Byrum0110.rel.wpd